■ In the Matter of Elizabeth Rossi, Appellant, v New York City Department of Health and Mental Hygiene, Respondent. [11 NYS3d 8]—

Order, Supreme Court, New York County (Joan B. Lobis, J.), entered May 22, 2014, which denied petitioner's pro se application for declaratory and injunctive relief, including an order

directing respondent, Department of Health and Mental Hygiene (DOHMH), to renew the restricted area permit allowing her to vend food from a mobile truck at a site-specific location, namely, directly in front of the Metropolitan Museum of Art's front steps, unanimously affirmed, without costs.

DOHMH's interpretation of the parties' 2011 stipulation as not promising petitioner a site-specific vending permit is supported by a fair interpretation of the language therein and, as such, the challenged determination is rational and should not be disturbed (*see generally Matter of Uniformed Firefighters Assn. of Greater N.Y. v City of New York*, 114 AD3d 510, 514 [1st Dept 2014], *lv denied* 2014 NY Slip Op 74039 [2014]; *Matter of First Coinvestors v Carr*, 159 AD2d 209 [1st Dept 1990]). Nor is there any evidence establishing that the renewal license petitioner received from DOHMH contains any fewer rights or is less valuable than the original vending license, which might trigger an obligation on the part of DOHMH to afford petitioner appropriate notice and an opportunity to be heard regarding any deficiencies in the renewal license she received (*see* Administrative Code of the City of New York § 17-317). Concur—Sweeny, J.P., Renwick, Andrias, Moskowitz and Gische, JJ.